IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Karen

Printed: 10/22/08

Case Number: 08 B 01729
Judge: Wedoff, Eugene R
Filed: 1/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 4, 2008
Confirmed: May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 559.54 |  |
| Secured: |  | 425.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 98.17 |
| Trustee Fee: |  | 36.37 |
| Other Funds: |  | 0.00 |
| Totals: | 559.54 | 559.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 98.17 |
| 2. | Capital One Auto Finance | Secured | 20,036.52 | 425.00 |
| 3. | Internal Revenue Service | Priority | 2,538.00 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 63.18 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 127.51 | 0.00 |
| 7. | Sallie Mae | Unsecured | 1,919.62 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 16.59 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 128.35 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 25.95 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 117.55 | 0.00 |
| 12. | B-Real LLC | Unsecured | 66.22 | 0.00 |
| 13. | John Brown | Unsecured | 1,200.00 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 59.66 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 1,092.19 | 0.00 |
| 16. | Direct Tv | Unsecured |  | No Claim Filed |
| 17. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 18. | Credit Collection | Unsecured |  | No Claim Filed |
| 19. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 20. | Paradigm Acceptance Co | Unsecured |  | No Claim Filed |
| 21. | Great Lakes Credit Union | Unsecured |  | No Claim Filed |
| 22. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |
| 26. | RMI/MCSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Walker, Karen | Case Number: 08 B 01729 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 1/25/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | RMI/MCSI | Unsecured | | No Claim Filed |
| 28. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 29. | Torres Credit | Unsecured | | No Claim Filed |
| | | | $ 30,905.34 | $ 523.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 36.37 |
| | $ 36.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

